■ RICHARD A. ROMEO et al., as Executors of ROBERT D. ROMEO, Deceased, Plaintiffs, and ROMEO & ROMEO, Appellant, v LEONARD F. SCHMIDT et al., Respondents. (Appeal No. 2.) [668 NYS2d 113] —Order unanimously affirmed with costs. Memorandum: Supreme Court did not abuse its discretion in granting a stay of enforcement of the judgment awarded by this Court on the prior appeal in this matter (*Romeo v Schmidt*, 229 AD2d 992, *lv dismissed* 89 NY2d 1086; *see,* CPLR 2201; *Michaelson Assocs. v Soifer*, 182 AD2d 503, 505). (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Stay.) Present—Pine, J. P., Hayes, Wisner, Callahan and Doerr, JJ.